# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN C. GUZMAN, | ) | NO. SA CV 06-465-GPS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| KEN CLARK, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 1/14/08, 2007.

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE